# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**QUINCY L. WEST,**

        **Plaintiff,**

        v.          **Case No. 22-CV-1068**

**LOUIS DEJOY,**

        **Defendant.**

## ORDER

On November 28, 2023, the court granted the defendant's motion to compel. (ECF No. 36.) The court further ordered, "Any request for the movant's reasonable expenses must be made within **14 days** of the date of this order. Briefing on the request shall proceed in accordance with Civ. L.R. 7(a)-(f)." (ECF No. 36 at 5.)

The defendant on December 7, 2023, filed a motion seeking $1,000 in attorney fees. (ECF No. 37.) The plaintiff did not respond to the motion, *see* Civ. L.R. 7(b) (E.D. Wis.) (requiring any response to be filed within 21 days), which is reason enough to grant the motion, *see* Civ. L.R. 7(d).

Finding no reason that the defendant should not be awarded the reasonable expenses he incurred in connection with his motion to compel, *see* Fed. R. Civ. P.

37(a)(5)(A)(i)-(iii), and finding that the defendant has proven that he incurred actual expenses in the form of four hours of attorney fees at the rate of $250 per hour, *cf. Wisconsin v. Hotline Indus.*, 236 F.3d 363, 367-68 (7th Cir. 2000), the court grants the defendant's motion (ECF No. 37) and orders plaintiff's counsel, Sandra Graf Radtke, to pay to the defendant the sum of **$1,000** not later than **14 days** after the entry of judgment in this action.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 2nd day of January, 2024.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge